## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | FRED H. WEINER : | Chapter |
| | Debtor(s) : | Bky. No. 05-17302 |
| | OMICRON SYSTEMS, INC. : | |
| | Plaintiff(s) : | |
| | V. : | Adv. No. 05-566 |
| | FRED H. WEINER : | |
| | Defendant(s) : | |

### ORDER

AND NOW, upon consideration of the Memorandum of Omicron Systems, Inc. and PBR Consulting Group, Inc. in response to the court's Order entered March 28, 2006,

AND for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that the above captioned adversary proceeding is **DISMISSED** for lack of jurisdiction.

Date: 4/19/06

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE